Keith A. Rabenberg, Senniger Powers, LLP, of St. Louis, Missouri, argued for defendants-appellees. With him on the brief was Richard L. Brophy.

Before LOURIE, SCHALL, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Paul K. Vickrey, Niro, Haller & Niro, of Chicago, IL, argued for defendant-appellee. With him on the brief were Dina M. Hayes and Frederick C. Laney.

LINN, PLAGER, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**JUNIPER NETWORKS, INC.,**
**Plaintiff–Appellant,**

v.

**SSL SERVICES, LLC, Defendant–**
**Appellee.**

No. 2010–1107.

United States Court of Appeals,
Federal Circuit.

Dec. 13, 2010.

Rehearing Denied Jan. 31, 2011.

Jonathan S. Kagan, Irell & Manella, LLP, of Los Angeles, CA, argued for plaintiff-appellant. With him on the brief were Morgan Chu and David C. McPhie.

**Jo Ann Marshburn WILSON,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2010–5121.

United States Court of Appeals,
Federal Circuit.

Dec. 13, 2010.

Jo Ann Marshburn Wilson, of Oxon Hill, MD, pro se.

Gregg Paris Yates, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee.